!IED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

POOR QUALITY ORIGINAL

Craig A. Patton Jr

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 4:24-cv-11129
Assigned To : Kumar, Shalina D.
Referral Judge: Altman, Kimberly G.
Assign. Date : 4/29/2024
Description: PR CRAIG A PATTON
JR V FRANK ET AL (JH)

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

v.

C/O Frank        Matthew
C/O Shae         ARus Turner.
C/O Vanwormer
Sergeant Tighe
Sergeant Ward
~~Sergeant~~
LT. Shea

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## Complaint for Violation of Civil Rights
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                        Craig Patton Jr

All other names by which you have been known:

_____

ID Number                356864

Current Institution     Oaks Correctional Facility

Address                     1500 Caberfae Hwy

                                  Manistee, Mi, 49660

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                        Frank, (First name unknown)

Job or Title                Correctional Officer
(if known)

Shield Number          *Unknown

Employer                   Oaks Correctional Facility

Address                     1500 Caberfae Hwy

                                  Manistee, Mi, 49660

☑ Individual capacity          ☑ Official capacity

2

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

Name: Shae, [First name Unknown]

Job or Title (if known): Correctional Officer

Shield Number: * Unknown

Employer: Oaks Correctional Facility

Address: 1500 Caberfae Hwy
Manistee, Mi, 49660

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

Name: Vanwormer [First name unknown]

Job or Title (if known): Correctional Officer

Shield Number: * Unknown

Employer: Oaks Correctional Facility

Address: 1500 Caberfae Hwy
Manistee, Mi, 49660

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name: Tighe [First name unknown]

Job or Title (if known): Sergeant

Shield Number: * Unknown

Employer: Oaks Correctional Facility

Address: 1500 Caberfae Hwy
Manistee, Mi, 49660

☑ Individual capacity    ☑ Official capacity

Parties To This Complaint

| Name | Job or Title | Employer |
|---|---|---|
| Ward [First name unknown] | (Former) Sergeant | Oaks Correctional Facility |

Capacity: Both [Individual, Official]
Shield Number: Unknown

1500 Caberfae Hwy
Manistee, Mi, 49660

| Shea [First name unknown] | Lieutenant | Oaks Correctional Facility |

Capacity: Both [Individual, Official]
Shield Number: Unknown

1500 Caberfae Hwy
Manistee, Mi, 49660

| Matthew Turner | ARUS | Oaks Correctional Facility |

Capacity: Both [Individual, Official]
Shield Number: Unknow

1500 Caberfae Hwy
Manistee, Mi, 49660

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

II.     **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐     Federal officials (a *Bivens* claim)

☑     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment due to cruel and unusual punishment

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

4

1.

Section D                        Basis Of Jurisdiction

On 10-25-23 at approximately 4:30pm-5:08pm C/O Frank turned Plaintiffs cell [5/132] water off for 14 consecutive hours. When Plaintiff asked why his water was turned off C/O Frank stated "Until you stop acting like a dog you will suffer". Plaintiff did nothing to deserve having his water turned off. This act was done with malicious intent and abuse of authority. C/O Frank also failed to log this incident in the log books in efforts to keep his actions discreet to administration. C/O Frank blatantly lied during Step 1 of Grievance investigation denying he turned Plaintiffs water off by saying "Officers do not have access to the water closet". Plaintiff request camera footage which will show otherwise. On 12/1/23 the day after C/O Frank was interviewed for Plaintiffs grievance C/O Frank deliberately and intentionally denied Plaintiff his breakfast tray. When Plaintiff asked why didn't he get his tray" C/O Frank stated "You a rat, stop talking to me." This comment was made to degrade the Plaintiff. The act of C/O Frank denying Plaintiff his tray at breakfast was also done with malicious intent and abuse of authority. Yet administration kept this officer around the Plaintiff.

On 10-25-23 at approximately 6:00 pm Plaintiff informed both C/O Shae and C/O Vanwormer that his water was turned off. When C/O Shae made his first round Plaintiff asked "why his water was turned off" Shae said "I don't know, but I will check the log book." When C/O Vanwormer did the next round, Plaintiff asked the same question which C/O Vanwormer intentionally ignored him. C/O Shae later

returned saying "I have no clue because nothing was logged in the logbook". Both C/O Shea and Vanwormer did nothing about the situation.

Around 7:00pm-8:00pm on 10-25-23 Sgt. Tighe came into Unit 5 for his daily round. When Plaintiff tried to inform Sgt. Tighe of the situation, Sgt. Tighe yelled a vulgar statement from base saying "Report it to maintenance, Fuck off convict." then left out the unit. Later that night around 12:00am Sgt. Tighe came to Plaintiff cell [5/122] and tried to cut the water on but to no avail. Sgt. Tighe then stated "I don't know what im doing, remain thirsty." When Plaintiff asked how doesn't he know how to turn the water on Sgt. Tighe response was "Fuck you, stay out of prison stupid." Both comments were made to belittle and degrade Plaintiff in an insultive matter.

On 10-26-23 at 7:08am Sgt. Ward came to Plaintiff cell [5/122] and was able to cut on the water with no problem which further shows Sgt. Tighe intentionally did not want to turn on Plaintiff's water.

Lt. Shea was the respondent to Plaintiff's Step 1 grievance regarding C/O Frank turning off his water. Grievance was not handled properly nor was it handled seriously. Lt. Shea stated in his response that C/O Frank denied turning off cell 5/122 water and that officers do not have keys to access to water closet. Lt. Shea never reviewed camera footage which

would have shown C/O Frank going into water closet at or between 4:30 pm-5:08 turning off Plaintiff water. Lt. Shea also stated in his response that "If you were without water you would have been moved to an operational cell. If a cell is not available maintenence staff will be called to fix the issue". Neither effort was done in order to resolve the issue, which left Plaintiff deprived of water for 14 hours. Lt. Shea made little to no effort to resolve Plaintiff grievance. Lt. Shea used C/O Frank word instead of conducting his own investigation which would have shown C/O Frank was in the wrong.

ARUS Turner was the respondent who denied Plaintiff Step 1 Grievance regarding C/O Frank deliberatly and intentionally denying Plaintiff his breakfast tray. ARUS Turner stated he reviewed the CAJ-278 form which states a refusal. ARUS Turner also stated C/O Frank informed him "He was not present at the door and appeared to be sleeping" which is false. Camera footage will show C/O Frank intentionally walking pass Plaintiff door. Plaintiff has never refused nor was denied a tray until C/O Frank was interviewed for the Grievance regarding turning off Plaintiff water. This act was done in retaliation for Plaintiff following the grievance process MDOC offers. Plaintiff also stated that he fears for his wellbeing around this officer for this exact reason, yet ARUS Turner and administrators did nothing to resolve either situation. Plaintiff request the same exact copy of the CAJ-278 Form and also the camera footage of both C/O Frank signing it and also him

denying Plaintiff his breakfast Tray

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

See Attached

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☑    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

# Statement Of Claim

1. On 10-25-23 C/O Frank turned off Plaintiff cell water at or approximately 4:30pm-5:08pm. When asked why his water was turned off C/O Frank Stated "Until you stop acting like a dog, you will suffer." C/O Frank actions caused Plaintiff to be deprived of water for 14 consecutive hours.

2. On December 1, 2023 the day after C/O Frank was interviewed regarding the grievance filed on him for turning off Plaintiff water, he deliberately and intentionally denied Plaintiff his breakfast tray. When asked why Plaintiff didn't receive a tray, C/O Frank Stated "You a rat, stop talking to me." This comment was made to degrade and belittle Plaintiff and this comment also proves that C/O Frank motive was retaliation.

3. On 10-25-23 at 6:00pm after shift change, Plaintiff spoke with C/O Shire and C/O Vanwormer about why water was turned off. C/O Shire Stated "he does not know but will check the log book." C/O Vanwormer simply ignored Plaintiff regarding this matter. C/O Shire later returned saying he has no clue why it is off because no officer logged the incident into the log book." Nothing was done by either officer.

4. On 10-25-23 Sgt. Tighe came into Unit 5 for his daily round. When Plaintiff tried to inform Sgt. Tighe of the situation, he stated "Report it to maintence, fuck off convict" then left the unit. Later that night around 12am Sgt. Tighe came to Plaintiff cell 5/122 and tried to turn the water on but then stated "I dont know what im doing, remain thirsty

fuck you, stay out of prison stupid." All these comments were made to degrade the Plaintiff.

5. On 10-26-23 Sgt. Ward came to Plaintiff cell and turned the water on at 7:08am. Plaintiff was deprived of water for 14 consecutive hours.

6. Lt. Shea did little to no effort to resolve Plaintiff grievance. Instead of conducting his own investigation and reviewing simple camera footage Lt. Shea took CIO Frank word and denied his grievance.

7. ARUS Turner was the respondent to Plaintiff grievance regarding CIO Frank denying Plaintiff his breakfast tray in retaliation of Plaintiff filing grievance for CIO turning off his water. Plaintiff informed ARUS Turner about this officer prior to both incidents stating he fears for his wellbeing around this officer, yet ARUS Turner never did anything to prevent this retaliation.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Oaks Correctional Facility
5 Block Unit, A lower, cell 5/122
~~December 25, 2023~~
October 25, 2023

C.    What date and approximate time did the events giving rise to your claim(s) occur?

10-25-23 ~~October~~ 25, 2023, Plaintiff water was cut off approximately 4:30pm-5:08pm

Water was turned back on ~~October~~ 26, 2023 at 7:08am
10-26-23

Plaintiff was denied breakfast Tray 12-1-23 at approximately 6:20-6:45 am

6

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?
Who did what?  Was anyone else involved?  Who else saw what happened?)*

Plaintiff was belittled and degraded due to comments made by
both C/O Frank and Sgt. Tighe. Plaintiff went through cruel and
unusual punishment by being deprived of water for 14 consecutive
hours which is a violation of MDOC policy Directive 03.03.130
Inhumane and living conditions.
Treatment

Both Prisoner Edwards #584352 and Blaylock seen this situation
happen

7

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Due to the Defendant(s) actions Plaintiff suffers from mental, psychological and emotional distress. He also suffers from severe anxiety due to the fact he is still incarcerated around the same Correctional Officers who is filed in this complaint.

Defendant Frank negligence not only caused Plaintiff to be deprived of Water supply for 14 consecutive hours but also denied him a meal which are both Necessities for a function human body. Being deprived of either will cause serious harm to the anatomy.

Defamation is also sustainable due to the comments both Defendant C/O Frank made and also Sgt. Tighe made towards Plaintiff Character and just.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff is requesting the amount of $500,000.00 [Five Hundred Thousand Dollars] for Punitive Damages regarding the fact that he was not only deprived of water for 14 hours consecutively but also belittled, degraded, defamed and insulted by Correctional Officers who abused their authority in the process of doing so.

Plaintiff is also requesting $350.00 for the filing fee of this Prisoner complaint form.

In total Plaintiff is seeking $500,350.00 [Five hundred thousand-Three hundred and fifty dollars]

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Oaks Correctional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Inhumane treatment and living conditions

9

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑   Yes

☐   No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐   Yes

☐   No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Oaks Correctional Facility

2.   What did you claim in your grievance?

On 10-25-23 C/O Frank turned off cell 5/122 water at or approximately 4:30-5:08pm when asking C/O Frank why my water was off he stated "until you stop acting like a dog you will suffer". At 6:00 shift change I spoke to C/O Shae and C/O Vanwormer and asked why my water was off. Shae later returned and said he didn't know because it wasn't logged in the logbook. I saw Sgt.Tighe around 7-8pm and he yelled to me from Desk "Report it to maintnce, fuck off convict" At 12am Sgt.Tighe came to my cell and tried to cut the water on but then stated "I dont know what im doing remain thirsty fuck you stay out of prison stupid. Sgt Ward then came and cut my water on a 7:08am the following morning. I was deprived from access to to water for 14 hours. This is a violation of PD.03.03.13C Inhumane Treatment and Living Conditions

3.   What was the result, if any?

Grievance was denied at all 3 steps by 1/16/24

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.     What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*



Grievance Process is complete
Step 1 was denied on 11-21-23
Step 2 was denied on 12-26-23
Step 3 was denied on 1-16-23

F.     If you did not file a grievance:

    1.     If there are any reasons why you did not file a grievance, state them here:



N/A

    2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐    Yes

☐    No

If no, give the approximate date of disposition.    N/A

7.    What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑    Yes

☐    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    ■ Craig A. Patton Jr

Defendant(s)    John Christiansen, Jennifer Huntoon, Stephanie Fox, Matthew Haag

2.    Court *(if federal court, name the district; if state court, name the county and State)*

United States District Court, Eastern District of Michigan Southern Division

3.    Docket or index number

■ 2:23-cv-13020

13

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4. Name of Judge assigned to your case

 ███ Hon. Sean F. Cox

5. Approximate date of filing lawsuit

 ███ November 30, 2023

6. Is the case still pending?

 ☑ Yes

 ☐ No

 If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

 ███ Ongoing

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 1 , 20 24 .

Signature of Plaintiff _Craig Patton_

Printed Name of Plaintiff Craig Patton

Prison Identification # 356869

Prison Address 1500 Caberfae Hwy

| Manistee | Mi | 49660 |
|----------|-------|----------|
| City | State | Zip Code |

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**Additional Information:**

Plaintiff requests to be transfered to another facility while litigation is in process to prevent further retaliation.

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247  10/94
CSJ-247A

Date Received at Step I _____     Grievance Identifier: |_G_|_0_|_2_|_3_| |_1_|_4_|_7_| |_2_|_9_|_8_| |_1_|_7_|_A_|

*ECF*

| Be brief and concise in describing your grievance issue.   If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |
|---|

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CraiG Patton | 356869 | EcF | 5-122 | 10-25-23 | 10-26-23 |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date? **10-25-23**

If none, explain why. Explained to Several Unit Officers Also Sergents

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. C/O Frank Cut my Cell
Water off (5-122) At 4:30pm - 5:08pm When Asking C/O Frank why my
water was Cut off he Stated "until you stop Acting Like A Dog you will Suffer"
+ 6:00pm Shift Change, Spoke with C/O Shae & C/O Vanwormer on their first Round
bout my water Being Shut off & why C/O Shae Stated "he Does not Know But will
eck the Log Book to see why" C/O Shae Returned & told me that he has No NC
ye of whats Going on Because nothing was Logged in the Log Book & he cant tut
Back on only the Sergents have Access to the Key. I Saw Sergent Tigh Around
"1:00pm - 8:00pm & he Yelled to me from Base "report it to maintince fuck off convict
8:00am Sergent Tigh Came to my Cell then tried to Cut the water on But then Stated
"I Know what I'm Doing Remain thirsty fuck you stay out of Prison Stupid" Sergent wat
ed Came in & Cut my water on At 7:08am I was Deprived from Access to water
*for* 14 hours

Craig Patton
Grievant's Signature

P.D. 03-03.130

**RESPONSE** (Grievant Interviewed?  ☐ Yes  ☑ No     If No, give explanation.  If resolved, explain resolution.)

See
A/W

| | | | |
|---|---|---|---|
| Respondent's Signature | 11-21-23 | Reviewer's Signature | 11/22/23 |
| | Date | | Date |
| LT. Shea | CSS-LL | E Way | A/DW |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

4835-4248 5/09
CSJ-247B

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER/PAROLEE GRIEVANCE APPEAL FORM          *ECF*

Grievance Identifier: |2|0|2|3| |1|0| |2|0|9|8| |1̄2̄Ā|

Date Received by Grievance Coordinator
at Step II: ~~DEC 0 7 2023~~ DEC 1 2 2023

RECEIVED - MDOC

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

JAN 1 6 2024

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: *ECF*
*Griev Coord* by 12/11/23. If it is not submitted by this date, it will be considered terminated.

Office of Legal Affairs

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Craig Patton | 356864 | ECF | 5/122 | 10-25-23 | 12-4-23 |

**STEP II — Reason for Appeal** I feel as if this matter was not handled seriously or properly. C/O Frank denies turning the water off and stated officers do not have access to the key for the water closet when camera footage from 10-25-23 at approximately 4:30pm-5:00pm will show C/O Frank going into the water closet turning off my water. C/O Frank blatantly lied during the investigation. Also the decision summary states "if a prisoner is w/o water the prisoner shall be moved to a fully operation cell" which was not done. Camera footage will also show that as well. I fear for my well being around this officer and at this facility.

**STEP II — Response**  See Attached

| Date Received by Step II Respondent: |
|---|
| ~~DEC 0 7 2023~~ DEC 1 2 2023 |

Warden Borgess          DW Clouse For Warden Borgess   12-26-23
Respondent's Name (Print)     Respondent's Signature     Date

| Date Returned to Grievant |
|---|
| DEC 2 8 2023 |

**STEP III — Reason for Appeal**

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III —** Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant



## STATE OF MICHIGAN
## DEPARTMENT OF CORRECTIONS
## LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

### STEP III GRIEVANCE DECISION

Rec #:       148089

17A

5-201

| | | | |
|---|---|---|---|
| To Prisoner: | Patton | #:  356869 | |
| Current Facility: | ECF | | |
| Grievance Identifier: | ECF-23-10-2098-17A | | |
| Step III Received: | 1/16/2024 | | |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". Upon examination it has been determined that your issue was in fact considered, investigated, and a proper decision was rendered.

### THE STEP III APPEAL IS DENIED.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

*R. D. Russell*
Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs

Date Mailed:    JAN 2 9 2024

cc: Warden, Filing Facility   ECF

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN  48909

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____  Grievance Identifier: | 3 | 9 | 2 | 9 | | 1 | 2 | | 2 | 3 | 9 | 2 | | 1 | 7 | A |

*Be brief and concise in describing your grievance and the procedure identified in PP-BP and OP 03.02.130 followed.*

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Craig Patton | 356869 | ECF | 5/122 | 12-1-23 | 12-1-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _12-1-23_
If none, explain why.

At 3:55 pm I asked C/O Frank why I did not get a tray and also wrote a previous grievance regarding a seperate matter. And also advised my unit PC about this Correctional Officer

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. On 12-1-23 During the time of 6:30am-6:50am while passing out breakfast trays C/O Frank deliberately and intentionally went past my door Not giving me a breakfast tray. I have an on going grievance on C/O Frank regarding another matter. Grievance ID: ECF/2023/10/2048/17A. When I asked why I didnt get a tray C/O Frank Stated that "I was a rat" and to stop talking to him. This was done in retaliation. This was harassment and also inhumane living conditions. I fear for my wellbeing around C/O Frank due to his ongoing malicious actions

PD: 03.03.130

_Craig Patton_
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☒ No If No, give explanation. If resolved, explain resolution.)

INTERVIEWING STAFF REVIEWED CAJ-278. CAJ-278 STATES A REFUSAL. STAFF STATE THEY ANNOUNCED "TRAYS". TRAYS WERE PASSED FROM LOW TO HIGH. YOU WERE NOT OUT OF BED TO RECEIVE YOUR TRAY AND APPEARED TO BE SLEEPING. NO VIOLATION DUE TO ECF GUIDEBOOK STATING " YOU MUST BE AT YOUR DOOR TO INSPECT YOUR TRAY(S) AND NOTIFY THE PASSING OFFICER OF ANY PROBLEMS WITH IT BEFORE THEY PASS YOUR ISSUE. FAILURE TO BE PRESENT AT YOUR DOOR WILL BE LOGGED AS A MEAL REFUSAL.

| Respondent's Signature | Date 12/9/23 | Reviewer's Signature | Date 12-11-23 |
|---|---|---|---|
| Respondent's Name (Print) Turner | Working Title PC | Reviewer's Name (Print) | Working Title ARUS |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

4835-4248  5/09
CSJ-247B

MICHIGAN DEPARTMENT OF CORRECTIONS          *ECF*
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Grievance Identifier: | 2 | 02 | 3 | 1 | 2 | 2 | 9 | 2 | 1 | 7 | A |

Date Received by Grievance Coordinator
at Step II: **DEC 19 2023**

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE. ~~If you have not been provided~~ RECEIVED — MDOC
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the golden rod copy if you appealed at both Step
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal at both Step
II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to *JAN 17 2024  ECF*
*Grievance Coord* by *12/28/2023* if it is not submitted by this date, it will be considered terminated. **Office of Legal Affairs**

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Craig Patton | 356869 | ECF | 5/122 | 12-1-23 | 12-18-23 |

**STEP I — Reason for Appeal** I do not feel as if this situation was handled seriously. ~~Re the~~ Respond~~s~~ Respondent
to my step I states he interviewed the "Staff". This grievance was wrote on C/O Frank specifically. He was
the One that passed my door during breakfast and he is the one who made the insulting comments. Respondant
states he reviewed CAJ-278 and it says refusal. I am requesting the same exact copy of the CAJ-278 form
or the day specified above and I am also requesting camera footage of C/O Frank signing the CAJ-278
form for the day specified above. I have never "Refused" a tray ~~either~~ C/O Frank was interviewed for
Grievance ID: ECF/2023/10/2096/17A thats when he alleged I denied a tray. This was done in retaliatio
in step I stated I fear for my wellbeing. This officer should NOT be around me PD03.03.130

| | Date Received by |
|---|---|
| **STEP II — Response**   See Attached | Step II Respondent:  **DEC 19 2023** |

| Warden Burgess | DW Clover For Warden Burgess | 12-28-23 | Date Returned to Grievant: **JAN 0 2** |
|---|---|---|---|
| Respondent's Name (Print) | Respondent's Signature | Date | |

**STEP III — Reason for Appeal**

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant



### STATE OF MICHIGAN
### DEPARTMENT OF CORRECTIONS
### LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

### STEP III GRIEVANCE DECISION

Rec #:    148117

17A

5-201

| | |
|---|---|
| To Prisoner: | Patton      #:  356869 |
| Current Facility: | ECF |
| Grievance Identifier: | ECF-23-12-2292-17A |
| Step III Received: | 1/17/2024 |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". Upon examination it has been determined that your issue was in fact considered, investigated, and a proper decision was rendered.

### THE STEP III APPEAL IS DENIED.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

Date Mailed:       JAN 3 0 2024

**Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs**

cc: Warden, Filing Facility   ECF

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN 48909

Craig Patton Jr #368689
Oaks Correctional Facility
1500 Caberfae Hwy
Manistee, MI, 49660

Office of the Clerk
United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd, Fifth floor
Detroit, MI, 48226