UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG ANDREW PATTON, JR.,

Plaintiff,

v.

UNKNOWN FRANK et al.,

Defendants.

Case No. 1:24-cv-463

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims against Defendant Frank are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims against Defendant Frank are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated: September 24, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge